UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LARISSA SHADCHINA,<br><br>               Plaintiff,<br><br>      v.<br><br>LOS ANGELES SUPERIOR COURT, et al.,<br><br>               Defendants. | Case No. CV 25-08530-SPG (AS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMNEDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

   Pursuant to 28 U.S.C. section 636, the Court has reviewed the First Amended Complaint, the records of this case, and the Report and Recommendation of the United States Magistrate Judge, to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

   **IT IS ORDERED** that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Magistrate Judge's Report and Recommendation on the plaintiff.

DATED: December 10, 2025

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE