**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LARISSA SHADCHINA,<br><br>                    Plaintiff,<br><br>          v.<br><br>LOS ANGELES SUPERIOR<br>COURT, et al.,<br><br>                    Defendants. | Case No. CV 25-08530-SPG (AS)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    **IT IS ADJUDGED** that the above-captioned case is dismissed with prejudice.

    DATED: December 12, 2025

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE